**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1293**

ANITA LINN SCUTICCHIO,

Plaintiff - Appellant,

versus

CITY OF ATLANTIC BEACH, SOUTH CAROLINA, a municipality incorporated and existing pursuant to and by virtue of the laws of the State of South Carolina; F. FRANKLIN EAGLES, individually and in his official capacity as Chief of Police for the City of Atlantic Beach, South Carolina; OFFICER MORRIS, individually and in his official capacity as a police officer for the City of Atlantic Beach, South Carolina; A. B. GRAZIOSO, individually and in his official capacity as a police officer for the City of Atlantic Beach, South Carolina; IRENE EVANS ARMSTRONG, individually and in her official capacity as mayor of the City of Atlantic Beach, South Carolina; VANDER GORE, individually and in his official capacity as a member of the town council for the City of Atlantic Beach, South Carolina; EVA MCMILLAN, individually and in her official capacity as mayor pro tem of the City of Atlantic Beach, South Carolina; GLORIA LANCE, individually and in her official capacity as a member of town council for the City of Atlantic Beach, South Carolina; JOHN SKEETER, individually and in his official capacity as a member of the town council of the City of Atlantic Beach, South Carolina,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Florence. Patrick Michael Duffy, District Judge. (CA-99-608)

Submitted: August 24, 2000          Decided: August 28, 2000

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ralph J. Wilson, Conway, South Carolina, for Appellant. Victoria T. Vaught, BATTLE & VAUGHT, P.A., Conway, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anita Linn Scuticchio appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Scuticchio v. City of Atlantic Beach, No. CA-99-608 (D.S.C. Feb. 9, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED